IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LINDA CASERIA** | ) | CASE NO.: |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **WALMART INC.** | ) | |
| **Petitioner/Defendant** | ) | JANUARY 21, 2022 |

### PETITION FOR REMOVAL

NOW COMES the Defendant, WALMART INC. hereinafter referred to as "Petitioner" and through their undersigned counsel respectfully petition this Honorable Court as follows:

1. Petitioner is a Defendant in a civil action bearing Docket No. FBT-CV22-6112593-S pending in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport (hereinafter, the "State Court Action"). The Return Date in the State Court Action is January 25, 2022. A copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A**.

2. The Complaint in this action asserts claims of negligence. In her Complaint, the Plaintiff Caseria alleges that she was caused to trip and fall over a pole located on the ground at the Walmart store located in Stratford, Connecticut on January 9, 2020. As a result of this Incident, the Plaintiff Caseria claims to have suffered various serious and permanent personal injuries and losses *(please see Complaint, Paragraphs 12-15).*

3. The permanent injuries and losses claimed by the Plaintiff Caseria include; but are not limited to cervical disc herniation, lumbar spine injury, right arm bicep tear, right knee fracture, bilateral knee injury, right knee meniscus tear and right shoulder rotator cuff tear. The Plaintiff Caseria is also claiming future medical expenses and inability to pursue her activities of daily living.

5. This action is being removed to the District Court pursuant to Title 28,

United States Code §1441(a). In support of this Petition for Removal, the Petitioner respectfully states and represents to the Court as follows:

a. By Complaint dated December 22, 2021, the Plaintiff filed suit against the Petitioner. Service was accomplished upon the Petitioner Walmart Inc. on December 23, 2021 through the Petitioner's registered agent for service of process. The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport.

b. The Plaintiff Caseria is a citizen of the State of Connecticut, and his permanent residence/domicile is at 585 Norman Street, Apartment 11D, Bridgeport, Connecticut. **See, Exhibit A,**

c. Petitioner, Walmart Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

4. In her Complaint, the Plaintiff alleges that as a result of the subject Incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. She further asserts a claim for future medical expenses, permanent disability, and emotional distress. Thus, the amount in controversy exceeds $75,000 exclusive of interest and costs.

5. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioner as outlined above and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6. Venue is proper pursuant to 28 U.S.C. §1391 (a) and (b), because the Plaintiff is a resident within the State of Connecticut and the Petitioner is subject to personal jurisdiction in Connecticut.

7. Pursuant to 28 U.S.C. §1446(d), the Petitioner has on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Certificate of Removal filed with the Superior Court is attached hereto as **Exhibit B**.

**WHEREFORE,** based upon the foregoing, the Petitioner respectfully requests that the State Court Action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport be discontinued.

Respectfully submitted,
DEFENDANT/PETITIONER,
WALMART, INC.


By: /s/ 12135 *Janice D. Lai, Esq.*
Janice D. Lai, Esq.  (ct12135)
Freeman, Mathis & Gary LLP
CityPlace II
185 Asylum Street, 6th Floor
Hartford, CT 06103
Phone: 959.202.4943
janice.lai@fmglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Brooke Goff, Esq.
    Goff Law Group LLC
    75 Brace Road
    West Hartford, CT 06107
    *Attorney for Plaintiffs*

                                      /s/ 12135 *Janice D. Lai, Esq.*
                                      Janice D. Lai, Esq. (ct12135)