

**Service of Process Transmittal**
12/23/2021
CT Log Number 540787537

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | Process Served in Connecticut |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CASERIA LINDA // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Statement |
| **COURT/AGENCY:** | Bridgeport at Bridgeport Superior Court Housing Session Judicial District, CT<br>Case # None Specified |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 01/09/2020, at 150 Barnum Avenue Cutoff, in Stratford, Connecticut |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/23/2021 at 13:07 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after 01/25/2022 |
| **ATTORNEY(S) / SENDER(S):** | Brooke A. Goff<br>Goff Law Group, LLC<br>75 Brace Road<br>West Hartford, CT 06107<br>203-399-0000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/23/2021, Expected Purge Date: 12/28/2021<br><br>Image SOP<br><br>Email Notification,  CORTNEY OSBORNE  cortney.osborne@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport 06604 | (203) 579-6527 | January 25, 2022 |

| ☒ Judicial District ☐ Housing Session | G.A. Number: | At (City/Town) Bridgeport | Case type code (See list on page 2) Major: T  Minor: 03 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Goff Law Group, LLC 75 Brace Road, West Hartford, CT 06107 | 438704 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 399-0000 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.    ☒ Yes  ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): efile@gofflawgroup.net

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Caseria, Linda  Address: 585 Norman Street, Apartment 11D, Bridgeport, Connecticut 06605 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: Walmart Inc. 702 SW 8th Street, Bentonville, AR 72716  Address: Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, Connecticut 06108-3408 | D-01 |
| Additional defendant | Name:  Address: | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**
1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court  ☐ _____ Clerk | Name of person signing  Brooke A. Goff |
|---|---|---|---|
| 12/22/2021 | | | |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date
ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Print Form    Page 1 of 2    Reset Form

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do **not** use this summons for the following actions:
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Summary Process (Eviction) actions
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| **RETURN DATE:  JANUARY 25, 2022** | : | **SUPERIOR COURT** |
| **LINDA CASERIA** | : | **J.D. OF FAIRFIELD** |
| V. | : | **AT BRIDGEPORT** |
| **WALMART INC.** | : | **DECEMBER 22, 2021** |

## COMPLAINT

**COUNT ONE:**      (LINDA CASERIA V. WALMART INC. – PREMISES LIABILITY)

1. At all times mentioned herein, the plaintiff, Linda Caseria (hereinafter the "Plaintiff") was a resident of Bridgeport, Connecticut.

2. At all times mentioned herein, the defendant, Walmart Inc. (hereinafter "Defendant Walmart"), was a foreign corporation located in Arkansas, duly licensed and authorized to conduct business within the State of Connecticut.

3. At all times mentioned herein, Defendant Walmart owned, controlled, possessed, and/or maintained the property located at 150 Barnum Avenue Cutoff, in Stratford, Connecticut, including the Walmart retail store located thereon (hereinafter the "Premises").

4. At all times mentioned herein, it was Defendant Walmart's duty to exercise reasonable care to provide and maintain a reasonably safe environment on the Premises – including the interior of the subject Walmart retail store – for use by its business invitees.

5. At all times mentioned herein, it was Defendant Walmart's duty to exercise reasonable care to prevent a dangerous condition on the Premises and to correct such a condition when it knew, or in the exercise of reasonable care, should have known, of its existence.

6. On January 9, 2020, Plaintiff was legally on the Premises as a business invitee.

7. At said time and place and for some time prior thereto, there was a pole located on the ground inside the subject Walmart Store, in an area where customer traffic was reasonably expected (hereinafter the "Defect").

GOFF Goff GROUP
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203-399-0000
Juris # 438704

8. At said time and place, Plaintiff was waiting in line at the cashier check out when a Walmart employee demanded all Walmart business invitees in line, including Plaintiff, to move back.

9. In following the Walmart employee's instruction, and moving back, Plaintiff was caused to trip and fall as a result of the Defect (hereinafter the "Incident").

10. As a result of the Incident, Plaintiff was caused to sustain injuries and damages.

11. Plaintiff's injuries and losses as hereinafter set forth were caused by the carelessness and negligence of Defendant Walmart, its agents, servants, and/or employees, in one or more of the following ways:

   (a) in that it failed to ensure that the floor inside the Premises was maintained in a reasonably safe condition for business invitees, including but not limited to Plaintiff;

   (b) in that it failed to maintain the Premises in a reasonably safe condition, insofar as it failed or refused to remove the dangerous condition from the subject area;

   (c) in that it knew, or in the exercise of reasonable care should have known, that the floor was not safe, yet it failed to take adequate measures to remove the dangerous condition existing therein, to ensure that the area was reasonably safe for business invitees;

   (d) in that it failed to warn those who walked in the area of the dangerous condition, including the presence of the dangerous condition;

   (e) in that it failed and neglected to take reasonable precautions to prevent injury to business invitees such as Plaintiff when it knew, or in the exercise of reasonable care should have known, of the dangerous condition existing therein;

   (f) in that it failed to inspect or failed to reasonably inspect the subject area to ensure that the existence of the dangerous condition was remedied and that the floor was in a reasonably safe condition;

   (g) in that it failed to enact and/or follow adequate procedures to ensure the Premises was properly inspected and/or maintained;

GOFF **Law** GROUP
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203-399-0000
Juris # 438704

COFF *Goff* GROUP
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203-399-0000
Juris # 438704

(h) in that it failed to adequately train its employees, servants, and/or agents to inspect and maintain the Premises; and

(i) in that it caused, allowed, and/or permitted the floor in the subject area to contain the aforesaid dangerous condition, in an area intended for use by business invitees such as the Plaintiff, creating a hazardous and dangerous condition likely to cause injury.

12. As a result of the aforementioned Incident, and the negligence and carelessness of Defendant, its agents, servants, and/or employees, Plaintiff sustained and suffered injuries including:

(a) cervical spine pain;

(b) cervical spine injury;

(c) small central disc herniation contacting spinal cord;

(d) lumbar spine pain;

(e) lumbar spine injury;

(f) right arm pain;

(g) right arm injury;

(h) right arm bicep tear;

(i) bilateral knee pain;

(j) bilateral knee injury;

(k) right knee effusion;

(l) right knee meniscus tear;

(m) right knee tibial spine fracture;

(n) right leg pain;

(o) right leg injury;

(p) right leg fracture of left tibia;

(q) right shoulder pain;

(r)   right shoulder injury;

(s)   right shoulder rotator cuff tear;

(t)   exacerbation of right shoulder rotator cuff tear;

(u)   right shoulder rupture; and

(v)   physical, mental, and emotional pain, suffering, distress, and trauma.

13. As a further result of the incident described above, the Plaintiff, Linda Caseria, has experienced, and will continue to experience in the future, pain and suffering, an increased likelihood of future medical treatment and/or disorders, and fear and apprehension of such future medical treatment and/or disorders.

14. As a further result of these injuries, Plaintiff Linda Caseria has incurred, and may continue to incur, medical expenses.

15. As a further result of these injuries, the ability of Plaintiff Linda Caseria to pursue and enjoy life's leisurely activities has been reduced.

**WHEREFORE,** the Plaintiff claims:
1. Monetary Damages;
2. Interests and Costs; and
3. Such other and further relief as the Court deems appropriate.

THE PLAINTIFF,
LINDA CASERIA

BY_____
Brooke A. Goff, Esq.
Goff Law Group, LLC
75 Brace Road
West Hartford, CT 06107
Tel.: 203-399-0000
Fax: 203-295-3666
Juris #: 438704

ATTEST:
A TRUE COPY
_____
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

-4-

GOFF Law GROUP
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203-399-0000
Juris # 438704

| | | |
|---|---|---|
| **RETURN DATE:  JANUARY 25, 2022** | : | **SUPERIOR COURT** |
| **LINDA CASERIA** | : | **J.D. OF FAIRFIELD** |
| **V.** | : | **AT BRIDGEPORT** |
| **WALMART INC.** | : | **DECEMBER 22, 2021** |

### STATEMENT OF AMOUNT IN DEMAND

The amount of demand, exclusive of interest and costs is in excess of Fifteen Thousand Dollars ($15,000).

THE PLAINTIFF,
LINDA CASERIA

*/s/ Brooke A. Goff*

Brooke A. Goff, Esq.
Goff Law Group, LLC
75 Brace Road
West Hartford, CT  06107
Tel.: 203-399-0000
Fax: 203-295-3666
Juris #: 438704

ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

GOFF Law GROUP
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203-399-0000
Juris # 438704

-5-